IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W.L. DOGGETT LLC *and* DOGGETT HEAVY MACHINERY SERVICES, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-14-506 |
| PAYCHEX, INC. *and* JOHN DOES 1-10, | § § § | |
| Defendants. | § § | |

## ORDER

On March 9, 2015, the Court, inter alia, granted Defendant Paychex, Inc.'s Motion to Compel Arbitration and Dismiss or Stay and thereby dismissed the case. This Order clarifies that the Court's March 9, 2015 dismissal of the case is *without prejudice*. The Court's March 9, 2015 is hereby confirmed in all other respects.

SIGNED at Houston, Texas, on this 12 day of March, 2015.

DAVID HITTNER
United States District Judge